Defendants:
Facebook, Meta, Rudy Giuliani, John Eastman, Mark Meadows, Kenneth Chesebro, Jeffrey Clark, Jenna Ellis, Ray Smith III, Robert Cheeley, Cathleen Latham, Scott Hall, Stephen Lee, Harrison Floyd, Trevian Kutti, Sidney Powell, Misty Hampton, Michael Roman, David Shafer, Shawn Still, Vldimir Putin, Twitter and Meta LLC.

23-961



FILED
AUG 31 2023
US DISTRICT COURT
DISTRICT OF DELAWARE

Relief Requested:

23-961

$100,000,000.00 for punitive damages: 100% Ownership of Defendants Assets & Liquidations: All other Reliefs Just & Proper.

Statement of Facts:

All defendants committed identity theft, fraud, U.S. Constitutional violations, RICO Acts and Due Process violations against Robert W. Johns

08/24/2023

Robert W. Johnson



